Counsel you may proceed good morning your honor may it please the court Sidney tribe here on behalf of the appellants Sean and Tristan Coombs, I'd like to reserve four minutes for rebuttal We're here today to ask this court to reverse summary judgment on Ms. Coombs First Amendment and wrongful discharge in violation of public policy claims and remand this case for trial If you look at the full body of law surrounding this issue It's clear that the trial court's decision that Miss Coombs undertook these First Amendment protected statements in the context of her official duties as a school teacher was Incorrect as a matter of law What exactly was she? She's a teacher. Yes a special education teacher. Correct. Did she have any like A Supervisory or administrative duties with respect to the the special education students. She was in charge of the Classroom there. There's the the special education classroom where students are initially placed and she was in charge of it Any student that was going to be a part of this program? Emotionally behaviorally disabled student would start out in her classroom and then when appropriate would be Streamed into the rest of the program. And so she was in charge of their initial Teaching authority as well as involved. I'm sorry. Go ahead. Was that the only special education class at the school? It was the only dedicated special education class as far as I can tell from this record your honor And then the question became as far as these particular kinds of students the the emotionally behaviorally Supervisor was the assistant principal. Mr. Webster and the principal Miss Avery So if you're looking at the types of speech that have been addressed In the various cases starting with Pickering and all the way down through Settlegood Kaiser and Antoine the distinction between whether or not a school teacher in particular if you look at Settlegood is undertaking speech as Part of the official duties as a teacher as opposed to undertaking speech as what a citizen It becomes clear that unless it was part of the official job duties of that teacher Teaching students or administrative duties to undertake the speech that was involved Then the speech is undertaken as a citizen and his First Amendment protected particularly the question of whether or not writing letters Writing emails to administrative officials having personal communications with both administrative officials and officials outside the school essentially raising the alarm about Potentially illegal behavior going on in this program on our council help us sort out the dividing line between when she was speaking pursuant to her official duties Versus speaking as a public citizen at some point. She was certainly speaking as someone in her official capacity The question of official capacity isn't isn't exactly the the test here Part of the official duties would mean if if she was undertaking a task that she was paid to do here's a good example The IEPs well and answer the question I asked you in other words where in this scenario Did she stop speaking? pursuant to her official duties and when she started to speak as you suggest as a public citizen when it becomes when it comes to the First Amendment protected speech in terms of her Challenging the illegal behavior. She was never speaking in her In the course of her official duties the course of her duties was to teach students indulge the question you're being asked Okay, there is a scenario here in which she's working with students and all as well Yes, and she's getting fine ratings and all that sort of thing and at some point this changes What is that point? And how do we look at it from the standpoint of applying? Garcetti and all the other cases that apply the first time she spoke to an administrative Administration official and said I think that there is illegal mainstreaming going on here And I think that the school is not fulfilling its duties That's exactly settle good settle good was the exact same scenario where I mean it could be as simple as a personal conversation That's Javon a teacher goes into the principal's office in this case What you're saying is when she first reported it up the line When when she first spoke out to administrative officials yes Webster whoever that was who was the person what? Webster I believe was the initial conversation Now why isn't her first complaint or her first statement to Webster Why isn't that part of her official duties? It isn't a part of her official duties to speak out to the administration about potentially illegal activity It's part of her official duties to oversee the students and make sure that they are properly taught and properly mainstreamed but the for example contrast this with a case like Have to do when I'm complaining to fall into your boxes to say and I think what they're doing is illegal Yes, that's correct. So in other words I'm running my classroom and They put a new student in there, and I think you know this student Doesn't have an individual plan yet, and I actually think he's probably not even eligible So it's illegal to put him in my classroom and treat him under this special program if she says that anytime she uses the word illegal it pops out of her duties and into Speech that she's making as a private citizen. No your honor when I say pointing out the illegal activities I'm talking about the illegal mainstreaming of the students as a as a district policy For funding reasons not simply the individual treatment of one student or another in her program I do agree, but they did that pursuant to a policy which says you know she doesn't like how they are making a Broad policy and she believes that's illegal, but if they put a kid into The classroom under that policy isn't that just the distinction without a difference no because if it's the treatment of an individualized student Then I would agree that her job is to speak out and say I don't think that this particular student is Appropriately, it's not part of her job as the administrator to say you know what I don't think this kind of policy That you're making and the way you're putting these students as a group and treating them Really complies with how we're supposed to be running Specialized education program she's not part of the administration. I think in the way that you're suggesting It's not who wasn't her job to charge of that program running it in her school, right? It wasn't her responsibility though to set policy She was in charge of overseeing the students that were initially put in her class and also many teachers would come to her with questions when students she felt students were Mainstreamed and had difficulties, but she wasn't part of the administration Setting the overall policy and let me ask this related question Oh Both of the conversation you're talking about with with the principal and assistant principal are with persons that you Stated earlier were her direct supervisors now obviously as Judge O'Scanlan Question implies at least some of the communications with her direct supervisor Have to be within the scope of her duties right some of them are so what you're saying is But some of them are not in other words that all conversations With the principal and assistant principal are not necessarily within the scope of her duties now How do we review that is that a question of law that we reviewed in oval or? You know is there some factual element to that? How do we how do we? What process do we go through in making those distinctions because this case was decided on summary judgment the question is whether whether or not There is sufficient evidence to raise a question of material fact as to whether well Any other what do we look at do we look at like is there like is there something in the record like an official? Announcement of her job duties or something like that Well again the question is the question can be looked at in terms of what is what is her job? As as a teacher it's to teach the children well What does that mean? What is job? I mean is that something everybody knows what a teacher's job is there's nothing in her job description That says for example. She is obligated to talk to I know that but are you saying we just you know we just Rely on our common knowledge of what the teachers duties are because we all went to grammar school or something like that under the Under conic for example you look at each individual item of speech And you examine whether or not that was undertaken in the course of her official I understand the examination is my questions. What do we examine in coming to the answer? I mean the is there like a post a job description What her duties are I don't believe her actual job description is there is in the record you look at did you put? Yes, did you put something in the record of what her job duties are I would have to go back and look your honor to be to be honest I I don't know if there's an actual listing of of what her job where within the record Within the record in this case which is fairly extensive would we find the answer to judge Tashima's question? What is it what piece of paper would would validate the point that you're trying to make here? You can look at the the Depositions of both Miss Coombs and also of her supervisors And and examine what you have an ER site. I don't have it. I'm sorry your honor The question for example of whether or not Complaining about this illegal activity in a letter to her union representative Okay, now now you're moving on to something else which may be you know they're clear distinctions. We were talking originally about Communications with with her direct supervisor and it may be difficult to sort that out, but There's also evidence that you say that she had communications with her union representative Yes, I think with the superintendent of the district. Yes, that's correct. Who's not a direct supervisor. I assume right and you know Several people in that category outsider for direction price now Is there something either about that class of communications or the content of those communications that That tells us that was not in the course of her duties The fact that She is a school teacher whose job it is to teach students Is de facto? Evidence that this was not in the course of and what case says that That's I mean, that's settle good what settle good settle good. I'm sorry your honor 371 F third 503 the kinds of communications she undertook both within and without the school are Examples of Exactly the same kinds of communications undertaken here. I also think That in your brief, there's a factual issue but then I read that section about whether it's part of her official duties and you Say in there like you said today. Well, they this was above and beyond her duties, but there's not a single citation to the record in your brief That will show me the factual issue. So How do we determine that? It's a factual issue and not one that on this record could be decided on summary? I think the focus needs to be on and and this is an example for example for Johnson versus Poway which was cited by the other side the focus needs to be on the nature of the speech that was undertaken as opposed to Looking at a list of her of her job duties and saying does her do her job duties include? writing union letters to her To her union representative to complain about illegal behavior speaking to parents to complain about illegal behavior Instead under under Johnson. The question was is the speech the manner of the speech undertaken Was that undertaken in the course of the job duties? In other words in Johnson, the question was putting Speech religious speech on the wall of the classroom to stop you because we know all the cases But you haven't cited a single piece of evidence In your brief that raises the factual question. So as you're now arguing it Do we take the cases and then determine it as a matter of law? The letter to her union rep was drafted during non school hours. That's er 104 It complained about illegal mainstreaming you can look at the letter at SCR 147 So basically let's take the Union. Okay. Yes, not so fast. Okay, the Union letter has one paragraph Which is basically we didn't get this survey and other people didn't get it. So it's kind of you would agree that that paragraph is basically Kind of a job condition. Yes, and then she attaches to that a bunch of emails, right? And buried in that attachment is at least one statement that says You know, I think they're doing this illegally because of the funding as to the timing of the trigger So is that that's the statement that you would say is Above and beyond her duties. Yes and under Connick That is enough because what Connick said was you apply the Pickering balancing test to every individual piece of speech that was undertaken and Decide whether or not its First Amendment protected whether or not it's in the course of official duties and then whether or not The school or employer had some overriding interest that piece. Let's just assume that's a public concern for settled good and some of the other cases then we go to the second part and you say is that part of her official duties and Your answer to that is it's going to be a legal question It's it's a factual question as to whether or not There has to be a jury trial on the issue of whether or not this was In the course of her official duties. It's not always a legal question. Well, let's you haven't really given me what the factual Issue is that she's raised but let's just assume she did raise one. So you just it would assume public concern Outside the scope of the duties, but then you'd have to go through the other tests as to whether And let's assume there was an adverse employment action Is there sufficient evidence in the record on summer judgment to determine whether? The action taken was motivated by that just focusing on this single statement or whether they had Other reasons do we go ahead and evaluate that? The the district court didn't reach that issue, but there is evidence in the record for example, the the concurrent change in her evaluations receiving good evaluations and then suddenly after this speech starts arising and that's at Ser 54 to 56 if you want to look at the one of the negative Evaluations the district points out that that it's not that negative and it says satisfactory But she's read it as below average when she was not before She was threatened with discipline for speaking out That's at er 106 Miss Avery was Concerned she said she felt harassed by Miss Coombs. That's at er 276 and a Couple of additional sites on the nature of her speech. She emailed another teacher about improper mainstreaming. That's at er 326 She spoke with spoke with the superintendent from home not during her work hours. That's at er 127 Even if so, if you talk to somebody from home about your work duties that somehow takes it out But again, it's not about her work duties. It's not a question of I'm a teacher Therefore everything I say about the classroom is or is my work duties and that's exactly settle good Settle good did exactly what Miss Coombs did here emailing her administration officials and superiors about Potentially illegal and improper behavior in relation to these same kinds of students and this course court said that that was not in the course Of her official duties. So you thank you very much counsel our questions have taken you way over time for your side You're taught your time is expired. Thank you. We asked for a reversal. We'll hear from the other side I Represent the Edmonds School District principal Christine Avery and assistant principal Joe Webster I think first of all, it's important not to confuse the public concern element step in the end versus Cooley analysis and The public employee versus private citizen analysis, so I want to Start there. The settle good case talks about a school psychologist that case deals with whether That speech was a public concern. It did not reach the question of whether that psychologist was acting At part of her official duties or odes existence The case was decided in 2004 the Garcetti cases in 2006, which is really I think the seminal case The analysis that the guy understanded both sides Seem to concede that the subject matter is public concern It would be an uphill battle for me to say that all of it was not a public concern and a district court held that When I when you got to the management of the program that became well in a man The focus here is on the official duty. That's correct That's correct on her and the analysis angry Cooley and I recite to pages 1070 and 1071 Talks about the analysis that this court should go through first It's a question of fact to define the scope of the job duties one looks now Since it's your motion summary judgment. It's your burden, isn't it? To show that that everything she said that's in in contest was within the scope of her duties You agree that It's plaintiff's burden to show that she spoke as a private citizen in the summary judgment Context, of course if there's issues of fact raised genuine issues of fact raised and She's the normal part instance, but but the burden is hers. All right, but but for instance if If the record includes that like this record does communications with a union representative Isn't that a sufficient prime face is showing that it was not within the scope under our case law Well, I think that can have to show something that to To reverse that prime facia showing I think the communication with the union rep and the district court analyzed the letter at SCR 146 and found that really those were employee complaints They talked about the climate survey talked about, you know, my boss won't listen to me things like that That that was what was being written to the union up and there was a sentence in there about that. They are mainstreaming kids Not quickly enough in this in that complaint She said they weren't mainstreaming her students and these are her students. We are talking about here in this case but the analysis first is a Doesn't that raise a question in fact Not as to her official. No not as to her official duties and in any case Even if it did it's just one line in the entire letter one line is not enough Not no not necessarily if you look at the conic case and now we're going back to the public concern element You know, there were a number of questions that miss conic put in her questionnaire. One of those was found to be a Public concern that is the one about being pressured and so forth and the court hair there held that the discharge Did not violate the First Amendment so Take this on a micro level we have the letter Basically about her students or about some workplace complaints except this one little part when she says this is the first step of maybe contacting the board and She's concerned about them being placed because of this monthly trigger so you didn't have to be paid for that. So Is that statement Part of her duties or is there a factual issue? I think that's part I would I would submit that's part of her duties I think the starting point is to look at her job description, which is on the record. It's at SER 7 and So I'll and I do a little bit of paraphrasing here But first duty is to provide assistance and support to building staff regarding behavior manager for students with EBD Difficulties so the kids in her program have been classified as being emotional behavioral disorder. Some of them are You know can't stay out of trouble in the class There's some other reasons why they're there But basically they've gotten to a level where they're assigned to her for special education The second part of her job duty is to develop IEPs So it's her job to develop the individual educational plan for each of these students and participate as a member of an IEP team, in fact, she is what's called the IEP manager and so She is the final authority on the IEPs on the educational plan mainstreaming is Part of that student's education and all of her discussions relate to the main to about mainstreaming that is Relate to what is the proper timing for placing my students into mainstream classes and everybody agrees That's the common goal But there's a difference of opinion on the timing and a difference of opinion on what for example Role the parent plays, you know, what point do they step into the process? These are all about her job What if we hypothetically were to disagree that This part about saying that there may be some unethical behavior in the timing is Not necessarily part of her job to report that if that were the case then How would you play out that statement on the rest of the requirements that she's required to show? I would see that her job is to is to discuss the placement including mainstreaming of her students and in fact her first objections were raised in the spring of 2009 I believe and that was when they started discussing this more advanced mainstream No, I probably wasn't precise enough in my question. Oh And that is just assumed that it's not part of her job To make the statement she made buried in the Union letter Then where does the analysis go on that point? I think you have to look at the letter the letter as a whole Assume that this is not part of her job description period so it is a public concern But it's not part of her job description Then what happened? Well, then you have to try to parse that out with all the other statements and she's claiming retaliation if you fat and then you have to analyze whether there's retaliation if it's that due to that one sentence out of 20 and That's an impossible impossible job Well, yes, it would be for that one statement, I don't think it would justify a remand but So if we were to find that this statement is not part of her job duties Or there's a factual question about it Then in your view there would be a remand On that on that on that maybe on that single statement But I would point out that just because she calls something illegal or unethical Doesn't take it out of her job duties in the Garcetti case the very issue that the deputy district attorney was complaining about was that that with the Warrant the search warrant involved was hadn't full of misrepresentations even went out to the scene and checked it out himself Called the officer and his whole point there was that this was This was an unlawful. He went to court and testified. It was an unlawful warrant so just calling something illegal or unethical doesn't take it out of your job duties and The discussion about what's important in the mainstreaming issue is the whole discussion about that started Before they implemented that she raised her first objections while she was part Excuse me. She was part of the group and the team that was discussing whether or not to Move ahead and the proper timing of these mainstreaming. So, you know, she puts a label on it. Well, it's illegal it Conflicts with the IEPs and so forth. Well, that's part of her discussion. She's Speaking as a teacher there. She's speaking as a teacher as The leader leading teacher in the EBD program and she's talking also she also sent some communications to the district superintendent and Assistant superintendent is it your position that was? Within the scope of her duties that yes the teacher. Yes, and and I think there's nothing in her job description That's it says she should communicate directly with the superintendent. Is there well not specifically the superintendent There is a description in her job description that says this position will have significant contact with parents students and district staff Requiring the ability to work collaboratively with a variety of people I think when you look at the communications with the assistant superintendent Ken Ken Lamone She's talking about these very issues about placement of her students and so forth and talk, you know, she's talking to a different person You know how I think what you're asking me your honor is how far up the chain do you go? And then it's no longer within your job, you know So when you look at the Freitag case, you know when she wrote to a elected representative into the expected general the state of California The court held there that that was so far removed from her job. She was now she's speaking as a citizen She's complaining to her elected representative But when she's talking to her supervisors or even the boss above that supervisor about her job Sexual harassment on the job in that particular case. That was not protected speech. That was part of her job As far as having a discussion with the superintendent, I think there's and I can't cite you to the exact page But there's testimony from her that by the time she spoke with the superintendent was really that was kind of the end of the line so She doesn't cite any acts of retaliation after that She it was when she spoke with the superintendent after that they worked on an agreed transfer to another school which she did agree to Linwood High School and She never started that job really She went on medical leave and then and I think it's important As far as that medical leave is concerned when to look at her doctor's statement that's in the confidential Confidential part of the record it's s er 3 1 6 and Her doctor there says, you know, what is the probable? Duration of this condition that she's complaining of and the doctor says Through December 31 and then the doctor as far as a kind of a prognosis line The doctor says well, let's see where we are in December 31 and You know if she's not If she's still symptomatic by then, she might not be able to return to work instead on September 9th Her attorney sends a letter saying she can't work anymore. She's done That's a resignation. I think that goes to the second piece the the wrongful discharge piece. I And With regards to the peel case. I don't think the peel case changes anything in the analysis but I I did want to point out that I think that wasn't pointed out in the briefs is that the Statute that's cited by the appellants. That is chapter 42 point four zero RCW That applies to state employees. So where the argument is made that Statue provides for additional remedies because it incorporates the RCW 49 60 non-discrimination remedies That would not be applicable to Miss Coombs Because chapter forty two point four one RCW is the whistleblower statute that applies to local government employees Anything further counsel no, thank you your honor Thank you very much The case just argued will be submitted for decision and the court will hear argument next in pesticide action network versus the United States Environmental Protection Agency
judges: O'scannlain, Tashima, McKeown